**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF OREGON

Case number *(if known)* _____  Chapter **7**

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

02/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **L. D. Tonsager & Sons, Inc.** | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **93-1093595** | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **29174 SW Town Center Loop West, Ste 204**<br>**Wilsonville, OR 97070**<br>Number, Street, City, State & ZIP Code | **16520 SW Edminston Rd.**<br>**Wilsonville, OR 97070**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Clackamas**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.tonsager.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Case 20-30636-dwh7    Doc 1    Filed 02/24/20

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| _____ | | _____ | |
| District | When | Case number, if known | |
| _____ | _____ | _____ | |

Case 20-30636-dwh7   Doc 1   Filed 02/24/20

| | |
|---|---|
| **11. Why is the case filed in this district?** | *Check all that apply:* |

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

■ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

■ Other   __Landlord may impose landlord lien shortly__

**Where is the property?**   **29174 SW Town Center Loop W**
**Suite 204**
**Wilsonville, OR, 97070-0000**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

■ Yes.   Insurance agency   **Mutual of Enumclaw Insurance**

         Contact name     **Brian Timm - Timmco Inc.**

         Phone           **503-288-8818**

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case 20-30636-dwh7    Doc 1    Filed 02/24/20

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 24, 2020**
              MM / DD / YYYY

**X /s/ Eric R. Tonsager**                                    **Eric R. Tonsager**
Signature of authorized representative of debtor              Printed name

Title    **President**

**18. Signature of attorney**

**X /s/ Ann K. Chapman**                          Date   **February 24, 2020**
Signature of attorney for debtor                         MM / DD / YYYY

**Ann K. Chapman**
Printed name

**Vanden Bos & Chapman, LLP**
Firm name

**319 SW Washington**
**Suite 520**
**Portland, OR 97204**
Number, Street, City, State & ZIP Code

Contact phone   **503-241-4869**          Email address   **ann@vbcattorneys.com**

**832833 OR**
Bar number and State

Case 20-30636-dwh7   Doc 1   Filed 02/24/20

# United States Bankruptcy Court
## District of Oregon

In re __L. D. Tonsager & Sons, Inc.__      Case No. _____

                                                     Debtor(s)      Chapter     __7__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................ $ _____ **Hourly\***

   Prior to the filing of this statement I have received ...................................... $ _____ **5,000.00**

   Balance Due ..................................................................................... $ _____ **Unknown**

2. The source of the compensation paid to me was:

   ☑ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☑ Debtor     ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **\*Debtor has agreed to pay an hourly rate for all pre and post-petition services. Minimum fee of $5,000.00, inclusive of filing fee of $335.00.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **None**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

     2/24/20                                /s/ Ann K. Chapman

_____       **Ann K. Chapman**
_Date_                                       _Signature of Attorney_
                                           **Vanden Bos & Chapman, LLP**
                                           **319 SW Washington**
                                           **Suite 520**
                                           **Portland, OR 97204**
                                           **503-241-4869**
                                           **ann@vbcattorneys.com**
                                           _Name of law firm_

**Fill in this information to identify the case:**

Debtor name    **L. D. Tonsager & Sons, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■  *Schedule H: Codebtors* (Official Form 206H)
- ■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐  Amended *Schedule*
- ☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 24, 2020**    *X* **/s/ Eric R. Tonsager**
                                            Signature of individual signing on behalf of debtor

                                            **Eric R. Tonsager**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor

Fill in this information to identify the case:

Debtor name  **L. D. Tonsager & Sons, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF OREGON

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
       Copy line 88 from *Schedule A/B*.................................................................................................   $        **0.00**

    **1b. Total personal property:**
       Copy line 91A from *Schedule A/B*..........................................................................................   $       **30,633.00**

    **1c. Total of all property:**
       Copy line 92 from *Schedule A/B*............................................................................................   $       **30,633.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $     **803,794.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................   $      **28,399.99**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................   +$   **1,118,671.00**

4.   **Total liabilities** .............................................................................................
    Lines 2 + 3a + 3b                 $     **1,950,864.99**

**Fill in this information to identify the case:**

Debtor name    **L. D. Tonsager & Sons, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property     12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**3.**    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
     Name of institution (bank or brokerage firm)      Type of account      Last 4 digits of account number

     3.1.   **U.S Bank - checking #1851**          **$0.00**

**4.**    **Other cash equivalents** *(Identify all)*

**5.**    **Total of Part 1.**                 **$0.00**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.     **Factoring receivables with MCA - likely uncollectible (estimated balance)**

**11.**    **Accounts receivable**

     11a. 90 days old or less:      **54,766.22**   -   **54,766.22**   = ....      **Unknown**
                    face amount             doubtful or uncollectible accounts

Case 20-30636-dwh7    Doc 1    Filed 02/24/20

| | | |
|---|---|---|
| 12. | **Total of Part 3.** | **$0.00** |
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** <br> **See attached Exhibit A** | **$9,550.00** | | **$9,550.00** |

| | | |
|---|---|---|
| 40. | **Office fixtures** | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | |

| | | |
|---|---|---|
| 43. | **Total of Part 7.** | **$9,550.00** |
| | Add lines 39 through 42.  Copy the total to line 86. | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

Case 20-30636-dwh7    Doc 1    Filed 02/24/20

# ALL OTHER TAXABLE PERSONAL PROPERTY

**29174 SW Town Center Loop West, Suite 204**
**Wilsonville, Oregon 97070**

## SCHEDULES

| (1). Item of Property | (4) Purchased | (6). Cost When Purchased | Purchased Total | (5). No. of Units | Unit Cost | (7). Owner's Opinion of Market Value |
|---|---|---|---|---|---|---|
| Computer Work Stations | 03/2004 | | | 4 | $500.00 | $ 2000.00 |
| Wood Desk Unit with Hutch | 02/2006 | $1483.00 | $1483.00 | 1 | $500.00 | $ 500.00 |
| Metal & Wood Folding Tables | Various | | | 3 | $15.00 | $ 45.00 |
| Wood Chairs | 1970 | $25.00/Lot | | 2 | $ 5.00 | $ 10.00 |
| Desk Chairs | Various | | | 10 | $ 35.00 | $ 350.00 |
| Electric Typewriter | Various | | | 7 | $ 50.00 | $ 350.00 |
| Desk Calculators | Various | | | 6 | $ 25.00 | $ 150.00 |
| Desk Top Files | Various | | | Lot | | $ 100.00 |
| Desk Top Trays | Various | | | Lot | | $ 50.00 |
| Waste Baskets | Various | | | Lot | | $ 50.00 |
| Computer Server | 07/2007 | $ 1477.00 | $ 1477.00 | 1 | | $ 1000.00 |
| Computer & Monitor | 09/1995 | $ 9078.00 | $ 9078.00 | Lot (5) | | $ 3000.00 |
| Computer Cart | 04/1996 | $ 150.00 | $ 150.00 | 1 | | $ 50.00 |
| Computer Table & Printer Stand | 12/1991 | $ 150.00 | $ 150.00 | 1 | | $ 50.00 |
| Computer Table with Hutch | 03/1998 | $ 280.00 | $ 280.00 | 1 | | $ 100.00 |
| Fax Machine (Sharp) | 01/1990 | $ 700.00 | $ 700.00 | 1 | | $ 100.00 |
| Vacuum Cleaner | 02/1999 | $ 99.00 | $ 99.00 | 1 | | $ 25.00 |
| Coffee Pots | Various | | | 2 | $ 10.00 | $ 20.00 |
| Small Refrigerator | 09/2018 | $ 119.00 | $ 119.00 | 1 | | $ 90.00 |
| ~~Microwave Oven~~ | ~~12/2006~~ | | | 1 | | $~~----- 50.00~~ |
| Bulletin Board | 01/1992 | $ 13.00 | $ 13.00 | 1 | | $ 10.00 |

Case 20-30636-dwh7    Doc 1    Filed 02/24/20

| Item | Date | | | Qty | Unit | | Value |
|------|------|---|---|-----|------|---|-------|
| Assorted Hand Tools | Various | | | Lot | | $ | 15.00 |
| Assorted Janitorial Supplies | Various | | | Lot | | $ | 50.00 |
| Aluminum Step Ladders | Various | | | 3 | | | 50.00 |
| Floor Fan | Unknown | | | 1 | | $ | 10.00 |
| Plastic Garbage Cans | Various | | | 2 | $ 7.50 | $ | 15.00 |
| Hand Truck | Various | | | 2 | | $ | 100.00 |
| Wood Coffee Table | 12/2004 | $ 59.99 | $ 59.99 | 1 | | $ | 25.00 |
| Typewriter Stand | Unknown | | | 1 | | $ | 10.00 |
| Plant Stands | Various | | | 2 | $ 10.00 | $ | 20.00 |
| Plastic File Boxes | Unknown | | | 2 | $ 7.50 | $ | 15.00 |
| Wall Clocks | Various | | | 3 | $ 5.00 | $ | 15.00 |
| Desk Lamp & Portable Heaters | Various | | | 3 | 10.00 | $ | 30.00 |
| Wood Book Shelve Units | Various | | | 6 | $ 20.00 | $ | 120.00 |
| Company Sign | 07/2004 | | | 1 | | $ | 25.00 |
| Framed Prints, Maps, Decorations | Various | | | 20 | $ 50.00 | $ | 1000.00 |

Total Value: ~~$9,600.00~~
**$9,550.00**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2017 Dodge Ram 1500 p/u** | **$21,083.00** | | **$21,083.00** |

**48.**   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

**49.**   **Aircraft and accessories**

**50.**   **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

**51.**   **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| | **$21,083.00** |
|---|---|

**52.**   **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

**53.**   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

☐ Yes Fill in the information below.

**55.**    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.   **Leased office space<br>at 29174 SW Town<br>Center Loop WEst,<br>Suite 204,<br>Wilsonville, OR 97070** | | **$0.00** | | **Unknown** |

**56.**   **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| | **$0.00** |
|---|---|

**57.**   **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities**<br>**Enumclaw Insurance - business**<br>**insurance/liability/property damage** | **$0.00** |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>**Claim against unknown persons for online fraud scheme** | **Unknown** |
|  | Nature of claim | |
|  | Amount requested | **$850,000.00** |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.** | **$0.00** |
|  | Add lines 71 through 77. Copy the total to line 90. | |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $9,550.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $21,083.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $30,633.00 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $30,633.00 |

Case 20-30636-dwh7     Doc 1     Filed 02/24/20

Debtor name **L. D. Tonsager & Sons, Inc.**

United States Bankruptcy Court for the: DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | Amount of claim | Value of collateral that supports this claim |
| | Do not deduct the value of collateral. | |

**2.1   Advanced Merchant Services LLC**
Creditor's Name

**116 Nassau Street, 8th Floor**
**New York, NY 10038**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**MCA**

Describe the lien
**UCC - Accounts Receivable**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$32,000.00    Unknown

**2.2   BlueVine Capital Inc.**
Creditor's Name

**401 Warren Street**
**Redwood City, CA 94063**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**MCA**

Describe the lien
**UCC - Accounts Receivable**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

$132,790.00    Unknown

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 20-30636-dwh7    Doc 1    Filed 02/24/20

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Business Financial Services, Inc. d/b/a** | | |
|---|---|---|---|

Creditor's Name

**3301 N. University Drive Suite 300 Coral Springs, FL 33065**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number 4436**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**MCA**

**Describe the lien**
**UCC - Accounts Receivable**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$86,145.00      Unknown

---

| 2.4 | **Chrysler Capital** | | |
|---|---|---|---|

Creditor's Name

**1601 Elm St, Ste 800 Dallas, TX 75201**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred 3/11/17**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2017 Dodge Ram 1500 p/u**

**Describe the lien**
**Security Interest- Vehicle**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$20,587.00      $21,083.00

---

| 2.5 | **Complete Business Solutions Group, Inc.** | | |
|---|---|---|---|

Creditor's Name

**22 N 3rd St. Philadelphia, PA 19106**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**MCA / UCC - 92025068**

**Describe the lien**
**UCC - Accounts Receivable**

$41,901.00      Unknown

---

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.6 | **Corporation Service Company** | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**PO Box 2576**
**Springfield, IL 62708**

Creditor's mailing address

UCC - 91897013 (not certain on whose behalf)

**Describe the lien**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.7 | **Corporation Service Company** | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**PO Box 2576**
**Springfield, IL 62708**

Creditor's mailing address

UCC - 91897037 (not certain on whose behalf)

**Describe the lien**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

---

| 2.8 | **Corporation Service Company** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**PO Box 2576**
**Springfield, IL 62708**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**UCC - 92030029  (not certain on whose behalf)**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **CT Corporation System, as representative** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**330 N Brand Blvd, Ste 700**
**ATTN: SPRS**
**Glendale, CA 91203**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**UCC - 91899599  (not certain on whose behalf)**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **CT Corporation System, as representative** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**330 N Brand Blvd, Ste 700**
**ATTN: SPRS**
**Glendale, CA 91203**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**UCC - 91929227  (not certain on whose behalf)**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**

---

Case 20-30636-dwh7    Doc 1    Filed 02/24/20

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **CT Corporation System, as representative** | | **Unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**330 N Brand Blvd, Ste 700
ATTN: SPRS
Glendale, CA 91203**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
UCC - 92002856  (not certain on whose behalf)

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **CT Corporation System, as representative** | | **Unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**330 N Brand Blvd, Ste 700
ATTN: SPRS
Glendale, CA 91203**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
UCC - 92012418 (not sure on whose behalf)

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **CT Corporation System, as representative** | | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Describe debtor's property that is subject to a lien**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Case 20-30636-dwh7    Doc 1    Filed 02/24/20

Creditor's Name

**330 N Brand Blvd, Ste 700
ATTN: SPRS
Glendale, CA 91203**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**UCC - 92107621 (not sure on whose behalf)**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **East Shore Equities LLC** | **Describe debtor's property that is subject to a lien** | **$0.00** | **$0.00** |

Creditor's Name

**5788 Merric Rd, Ste 205
Massapequa, NY 11758**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
4195**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**MCA**

**Describe the lien
Accounts receivable**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **EBF Partners LLC  d/b/a Everest Business** | **Describe debtor's property that is subject to a lien** | **$11,655.00** | **Unknown** |

Creditor's Name

**8200 NW 52ND Terrace
Suite 200
Miami, FL 33166**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
8221**

**MCA**

**Describe the lien
Accounts receivable**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 20-30636-dwh7    Doc 1    Filed 02/24/20

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.16 | **First Corporate Solutions** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
|------|-------------------------------|---------------------------------------------------------|---------|---------|

Creditor's Name

**As Representative**
**914 S Street**
**Sacramento, CA 95811**
Creditor's mailing address

**UCC filed**

**Describe the lien**
**Accounts receivable**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**4376**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.17 | **Forward Financing LLC** | **Describe debtor's property that is subject to a lien** | $14,150.00 | $0.00 |
|------|---------------------------|---------------------------------------------------------|------------|-------|

Creditor's Name

**1000 Summer Street**
**Suite 1175**
**Boston, MA 02110**
Creditor's mailing address

**MCA**

**Describe the lien**
**Accounts receivable**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.18 | **Fundbox, Inc.** | **Describe debtor's property that is subject to a lien** | $33,316.00 | Unknown |
|------|-------------------|---------------------------------------------------------|------------|---------|

Creditor's Name

**300 Montgomery Street**
**San Francisco, CA 94104**
Creditor's mailing address

**MCA**

**Describe the lien**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 20-30636-dwh7    Doc 1    Filed 02/24/20

**Accounts receivable**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☐ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 9 | **Loan Me** | **Describe debtor's property that is subject to a lien** | $80,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**P. O. Box 5645**
**Orange, CA 98863**

Creditor's mailing address

**MCA**

**Describe the lien**

**Accounts receivable**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**
**2458**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 0 | **Mayfair Business Capital LLC** | **Describe debtor's property that is subject to a lien** | $78,500.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**7 Henry Court**
**Suffern, NY 10901**

Creditor's mailing address

**MCA**

**Describe the lien**

**Accounts receivable**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

                    Name

☑ No                                  ☐ Contingent
☐ Yes. Specify each creditor,          ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.

---

| 2.2<br>1 | **ML Factors Limited**<br>**Liability Company** | Describe debtor's property that is subject to a lien | **$9,000.00** | **Unknown** |

Creditor's Name

**456A Central Avenue, #128**
**Cedarhurst, NY 11516**

Creditor's mailing address

**MCA**

Describe the lien
**Accounts receivable**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2<br>2 | **New Chance Capital, LLC** | Describe debtor's property that is subject to a lien | **$80,000.00** | **Unknown** |

Creditor's Name

**132 32nd Street**
**Brooklyn, NY 11210**

Creditor's mailing address

**MCA**

Describe the lien
**Accounts receivable**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2<br>3 | **Saturn Encore Funding** | Describe debtor's property that is subject to a lien | **$33,750.00** | **Unknown** |

Creditor's Name

**525 Washington Blvd 22nd**
**Floor**
**Jersey City, NJ 07310**

Creditor's mailing address

**MCA**

Describe the lien
**Accounts receivable**

---

Creditor's email address, if known _____

**Date debt was incurred**

**Last 4 digits of account number**
**1270**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 4 | **Secured Lender Solutions, LLC** | | |
|---|---|---|---|

Creditor's Name

**PO Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

Creditor's email address, if known _____

**Date debt was incurred**

**Last 4 digits of account number**
**5215**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**          Unknown          Unknown
**UCC filed**

**Describe the lien**
**Accounts receivable**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 5 | **U. S. Bank** | | |
|---|---|---|---|

Creditor's Name

**555 SW Oak Street**
**Portland, OR 97204**
Creditor's mailing address

Creditor's email address, if known _____

**Date debt was incurred**

**Last 4 digits of account number**
**7688**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**          $150,000.00          Unknown
**Line of credit**

**Describe the lien**
**Accounts receivable**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 20-30636-dwh7    Doc 1    Filed 02/24/20

■ No
☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated
☐ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $803,794.00 |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Complete Business Solutions Group**<br>**PAR Funding**<br>**20 North 3rd St.**<br>**Philadelphia, PA 19106** | Line __2.5__ | |
| **Santander Consumer USA, Inc.**<br>**1601 Elm Street, Ste 800**<br>**Dallas, TX 75201** | Line __2.4__ | |
| **Saturn Encore Funding**<br>**333 Seventh Ave, 3rd Flr**<br>**New York, NY 10001** | Line __2.23__ | |
| **US Bank National Assoc.**<br>**555 SW Oak St PD-OR-P7LD**<br>**Portland, OR 97204** | Line __2.25__ | |

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Chloe S. Tonsager**<br>**11276 S Macksburg Rd.**<br>**Canby, OR 97013** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $974.21 | $974.21 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Back wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**City of Wilsonville**<br>**29799 SW Town Center Loop E**<br>**Wilsonville, OR 97070** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $214.00 | $214.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**SMART transit tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case 20-30636-dwh7    Doc 1    Filed 02/24/20

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-----|---|---|---|---|

**Clackamas County Assessment & Taxation**
c/o Tami Little, Assessor
**150 Beavercreek Rd**
**Oregon City, OR 97045**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Precautionary - personal property taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,483.09 | $1,483.09 |
|-----|---|---|---|---|

**Craig A. Tonsager**
**11276 S. Macksburg**
**Canby, OR 97013**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Back wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,624.60 | $14,624.60 |
|-----|---|---|---|---|

**Eric R. Tonsager**
**16520 SW Edminston Rd.**
**Wilsonville, OR 97070**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Back wages***
**He hasn't taken anything for 4 months**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-----|---|---|---|---|

**IRS**
**Attn: Attorney General of United States**
**10th Constitution NW #4400**
**Washington, DC 20530**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Precautionary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**2.7** Priority creditor's name and mailing address
**IRS**
**Attn: Civil Process Clerk**
**U.S. Attorney, District of Oregon**
**1000 SW 3rd, #600**
**Portland, OR 97204-2936**

As of the petition filing date, the claim is:         **$0.00**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Precautionary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.8** Priority creditor's name and mailing address
**IRS**
**Centralized Insolvency Operation**
**P. O. Box 7346**
**Philadelphia, PA 19101**

As of the petition filing date, the claim is:     **$6,971.00**    **$6,971.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**2014 4th Qtr payroll taxes and unemployment
(FUTA)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.9** Priority creditor's name and mailing address
**ODR**
**ATTN: Bankruptcy Unit**
**955 Center St NE**
**Salem, OR 97301**

As of the petition filing date, the claim is:         **$0.00**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Precautionary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.10** Priority creditor's name and mailing address
**ODR**
**c/o Ellen Rosenblum, Attorney
General**
**Oregon Department of Justice**
**1162 Court St, NE**
**Salem, OR 97301-4096**

As of the petition filing date, the claim is:     **$2,541.00**    **$2,541.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**2019 4th Qtr paryoll taxes and Transit tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

Case 20-30636-dwh7    Doc 1    Filed 02/24/20

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**State of Oregon
c/o Ellen Rosenblum, Attorney General
Oregon Department of Justice
1162 Court St, NE
Salem, OR 97301-4096**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Precautionary**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,592.09 | $1,592.09 |
|---|---|---|---|---|

**Susan I. Enright
122 Terrace Ave
Oregon City, OR 97045**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Back wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,991.00 |

**Bank of America
P. O. Box 982234
El Paso, TX 79998-2234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **0204**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $244.00 |
|---|---|---|---|

**BTL Northwest
P. O. Box 356
Bend, OR 97709-0356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **4920**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,674.00 |
|---|---|---|---|

**Capital One
Customer Service
P. O. Box 30258
Salt Lake City, UT 84130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **9926**

Is the claim subject to offset?  ■ No  ☐ Yes

Case 20-30636-dwh7    Doc 1    Filed 02/24/20

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,901.00 |
|---|---|---|---|

**Citi Cards**
**Costco Anywhere Visa**
**P. O. Box 790046**
**St. Louis, MO 63179-0046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Business Debt**

Last 4 digits of account number  **9207**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $221.00 |
|---|---|---|---|

**Comcast Business**
**P. O. Box 60533**
**City of Industry, CA 91716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Business Debt**

Last 4 digits of account number  **3067**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Craig Tonsager**
**11276 S Macksburg Rd.**
**Canby, OR 97013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Coobligor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,164.00 |
|---|---|---|---|

**Custom Courier Service**
**6601 NE 78th Court**
**Portland, OR 97218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eric R. Tonsager**
**16520 SW Edminston Rd.**
**Wilsonville, OR 97070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Coobligor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $762,319.00 |
|---|---|---|---|

**Eric Tonsager**
**16520 SW Edminston Rd.**
**Wilsonville, OR 97070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Loans made to company since 1993**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Errol Heights Tavern**
**c/o Eric Tonsager**
**16520 SW Edminston Rd.**
**Wilsonville, OR 97070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Coobligor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Case 20-30636-dwh7     Doc 1     Filed 02/24/20

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,655.00** |
|---|---|---|---|

**Everest Business Funding**
c/o Howard Worley
Greenburg, Grant & Richards, Inc.
PO Box 571811
Houston, TX 77257-1811

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number **8977**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$95.00** |
|---|---|---|---|

**First Response Systems**
4970 SW Griffith Drive
Suite 100
Beaverton, OR 97005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number **t525**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,003.00** |
|---|---|---|---|

**Focus Global Logistics**
P. O. Box 1567
Ridgefield, WA 98642

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Georgia Department of Law**
Attn: Monty Mohr
2 Martin Luther King Jr., Dr, SE
Suite 356
Atlanta, GA 30334

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$110.00** |
|---|---|---|---|

**Global Security**
3212 Main Street
Vancouver, WA 98663

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number **4119**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,110.00** |
|---|---|---|---|

**International Bond & Marine Brokerage Lt**
Two Hudson Place
4th Floor
Hoboken, NJ 07030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number **1000**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43,702.00** |
|---|---|---|---|

**Joint Way International, Inc.**
2500 E. 5th Street
Vancouver, WA 98661

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 20-30636-dwh7    Doc 1    Filed 02/24/20

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,145.00 |
|------|------------------------------------------------|----------------------------------------------------------------------|-----------|

**Kelley Imaging Systems Inc.**
**Customer Service**
**P. O. Box 3072**
**Cedar Rapids, IA 52406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business Debt__

Last 4 digits of account number __8179__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,887.00 |
|------|------------------------------------------------|----------------------------------------------------------------------|-----------|

**Luma Laser**
**84777 Charlotte Way**
**Eugene, OR 97405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,032.00 |
|------|------------------------------------------------|----------------------------------------------------------------------|------------|

**Mitchell Bros. Truck Line**
**600 SE Maritime Ave. Bldg 3**
**Suite 100**
**Vancouver, WA 98661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,281.00 |
|------|------------------------------------------------|----------------------------------------------------------------------|------------|

**PayCargo, LLC**
**Customer Service**
**201 Alhambra Cir. Ste 711**
**Coral Gables, FL 33134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55,958.00 |
|------|------------------------------------------------|----------------------------------------------------------------------|------------|

**Paychex Tim & Attendance, Inc.**
**c/o Candace Espinosa**
**911 Panorama Trail South**
**Rochester, NY 14625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,626.00 |
|------|------------------------------------------------|----------------------------------------------------------------------|-----------|

**Summit Nationwide**
**P. O. Box 781039**
**Philadelphia, PA 19178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,289.00 |
|------|------------------------------------------------|----------------------------------------------------------------------|------------|

**Summit NW Corporation**
**P. O. Box 781039**
**Philadelphia, PA 19178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case 20-30636-dwh7    Doc 1    Filed 02/24/20

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Susan I. Enright**
**122 Terrace Ave**
**Oregon City, OR 97045**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Coobligor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $36,838.00 |
|---|---|---|---|

**T & G Trucking & Freight Co.**
**13035 N. Rivergate Blvd.**
**Portland, OR 97203-6517**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,033.00 |
|---|---|---|---|

**Teampower Logistics, Inc.**
**3720 SW 141st Ave. Ste. 214**
**Beaverton, OR 97005**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,365.00 |
|---|---|---|---|

**Terminal Transfer Inc.**
**15745 N. Lombard St., Ste. 100**
**Portland, OR 97203**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $26,459.00 |
|---|---|---|---|

**U. S. Bank**
**P. O. Box 6335**
**Fargo, ND 58125-6335**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  9028**

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**U.S. Customs and Border Protection**
**Revenue Division, Debt Mgmt Team**
**Attn: Debit Voucher Team**
**6650 Telecom Dr, Ste 100**
**Indianapolis, IN 46278**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Precautionary**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**U.S. Customs and Border Protection**
**8337 NE Alderwood Rd.**
**Portland, OR 97220**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Precautionary**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 20-30636-dwh7    Doc 1    Filed 02/24/20

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,365.00 |

**United Parcel Service (UPS)**
P. O. Box 7247-0244
Philadelphia, PA 19170

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,204.00 |

**Vantec Hitachi Transport System (USA) In**
21061 S. Western Ave., Ste. 300
Torrance, CA 90501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Everest Business Funding**<br>c/o Saturn Encore Funding<br>Attn: Israel Weinstein<br>68-15 Main Street, 2nd Fl<br>Flushing, NY 11367 | Line __3.11__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Saturn Encore Funding**<br>c/o Israel Weinstein, Atty<br>68-15 Main Street, 2nd Fl<br>Flushing, NY 11367 | Line __3.11__<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **US Bank**<br>Garnishment Deptartment<br>PD-OR-C2GN<br>PO Box 30869<br>Portland, OR 97294 | Line __3.29__<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 28,399.99 |
| 5b. Total claims from Part 2 | 5b. + | $ 1,118,671.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 1,147,070.99 |

Case 20-30636-dwh7    Doc 1    Filed 02/24/20

Debtor name  **L. D. Tonsager & Sons, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF OREGON

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest  **Notice Only** | |
| State the term remaining | **Dr. Yan Morrisey** |
| List the contract number of any government contract | **29174 SW Town Center Loop W, Ste 201** **Wilsonville, OR 97070** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest  **Office lease** | |
| State the term remaining  **Term expires 10/31/2023** | **KC Everest Properties, LLC** |
| List the contract number of any government contract | **29174 SW Town Center Loop W, Ste 201** **Wilsonville, OR 97070** |

Case 20-30636-dwh7    Doc 1    Filed 02/24/20

Debtor name **L. D. Tonsager & Sons, Inc.**

United States Bankruptcy Court for the: DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Craig Tonsager** | **11276 S Macksburg Rd. Canby, OR 97013** | **CT Corporation System, as representative** | ■ D __2.9__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Craig Tonsager** | **11276 S Macksburg Rd. Canby, OR 97013** | **East Shore Equities LLC** | ■ D __2.14__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Craig Tonsager** | **11276 S Macksburg Rd. Canby, OR 97013** | **CT Corporation System, as representative** | ■ D __2.12__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Craig Tonsager** | **11276 S Macksburg Rd. Canby, OR 97013** | **Complete Business Solutions Group, Inc.** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Craig Tonsager** | **11276 S Macksburg Rd. Canby, OR 97013** | **Advanced Merchant Services LLC** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Craig Tonsager | 11276 S Macksburg Rd.<br>Canby, OR 97013 | Saturn Encore Funding | ■ D __2.23__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Craig Tonsager | 11276 S Macksburg Rd.<br>Canby, OR 97013 | Business Financial Services, Inc. d/b/a | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Craig Tonsager | 11276 S Macksburg Rd.<br>Canby, OR 97013 | New Chance Capital, LLC | ■ D __2.22__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Craig Tonsager | 11276 S Macksburg Rd.<br>Canby, OR 97013 | Mayfair Business Capital LLC | ■ D __2.20__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Eric R. Tonsager | 16520 SW Edminston Rd.<br>Wilsonville, OR 97070 | CT Corporation System, as representative | ■ D __2.9__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | Eric R. Tonsager | 16520 SW Edminston Rd.<br>Wilsonville, OR 97070 | CT Corporation System, as representative | ■ D __2.10__<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | Eric R. Tonsager | 16520 SW Edminston Rd.<br>Wilsonville, OR 97070 | East Shore Equities LLC | ■ D __2.14__<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | Eric R. Tonsager | 16520 SW Edminston Rd.<br>Wilsonville, OR 97070 | Saturn Encore Funding | ■ D __2.23__<br>☐ E/F _____<br>☐ G _____ |

Case 20-30636-dwh7    Doc 1    Filed 02/24/20

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.14 | Eric R. Tonsager | 16520 SW Edminston Rd.<br>Wilsonville, OR 97070 | CT Corporation System, as representative | ■ D __2.11__<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | Eric R. Tonsager | 16520 SW Edminston Rd.<br>Wilsonville, OR 97070 | CT Corporation System, as representative | ■ D __2.12__<br>☐ E/F _____<br>☐ G _____ |
| 2.16 | Eric R. Tonsager | 16520 SW Edminston Rd.<br>Wilsonville, OR 97070 | Complete Business Solutions Group, Inc. | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.17 | Eric R. Tonsager | 16520 SW Edminston Rd.<br>Wilsonville, OR 97070 | BlueVine Capital Inc. | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.18 | Eric R. Tonsager | 16520 SW Edminston Rd.<br>Wilsonville, OR 97070 | New Chance Capital, LLC | ■ D __2.22__<br>☐ E/F _____<br>☐ G _____ |
| 2.19 | Eric R. Tonsager | 16520 SW Edminston Rd.<br>Wilsonville, OR 97070 | Mayfair Business Capital LLC | ■ D __2.20__<br>☐ E/F _____<br>☐ G _____ |
| 2.20 | Errol Heights Tavern | c/o Eric Tonsager<br>16520 SW Edminston Rd.<br>Wilsonville, OR 97070 | CT Corporation System, as representative | ■ D __2.12__<br>☐ E/F _____<br>☐ G _____ |
| 2.21 | Oregon Bass & Panfish Club, Inc. | 16520 SW Edminston Rd.<br>Wilsonville, OR 97070 | CT Corporation System, as representative | ■ D __2.11__<br>☐ E/F _____<br>☐ G _____ |

Case 20-30636-dwh7    Doc 1    Filed 02/24/20

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                           *Column 2:* **Creditor**

| 2.22 | **Oregon Bass & Panfish Club, Inc.** | **16520 SW Edminston Rd. Wilsonville, OR 97070** | **CT Corporation System, as representative** | ■ D ___2.12___ ☐ E/F _____ ☐ G _____ |
| 2.23 | **Susan I. Enright** | **122 Terrace Ave Oregon City, OR 97045** | **Complete Business Solutions Group, Inc.** | ■ D ___2.5___ ☐ E/F _____ ☐ G _____ |
| 2.24 | **Susan I. Enright** | **122 Terrace Ave Oregon City, OR 97045** | **BlueVine Capital Inc.** | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.25 | **Susan I. Enright** | **122 Terrace Ave Oregon City, OR 97045** | **New Chance Capital, LLC** | ■ D ___2.22___ ☐ E/F _____ ☐ G _____ |

Case 20-30636-dwh7    Doc 1    Filed 02/24/20

Fill in this information to identify the case:

Debtor name  **L. D. Tonsager & Sons, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF OREGON

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:   Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2020** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$0.00** |
| **For prior year:** From **1/01/2019** to **12/31/2019** | ■ Operating a business ☐ Other _____ | **$5,854,724.07** * *(Operated at a loss for 2019) |
| **For year before that:** From **1/01/2018** to **12/31/2018** | ■ Operating a business ☐ Other _____ | **$6,814,429.18** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Case 20-30636-dwh7    Doc 1    Filed 02/24/20

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **Corporate Debt Advisors** | **11/30/20** | **$8,804.90** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.2.  **EIN Cap, Inc.**<br>**MCA - will provide address if**<br>**necessary** | **11/30/19** | **$20,388.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3.  **Mayfair Business Capital LLC**<br>**7 Henry Court**<br>**Suffern, NY 10901** | **Last 90 days**<br>**- various**<br>**payments** | **$30,312.50** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4.  **PayCargo, LLC**<br>**Customer Service**<br>**201 Alhambra Cir. Ste 711**<br>**Coral Gables, FL 33134** | **Last 90 days**<br>**- various**<br>**payments** | **$32,738.92** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.5.  **U.S. Customs and Border Protection**<br>**Revenue Division, Debt Mgmt Team**<br>**Attn: Debit Voucher Team**<br>**6650 Telecom Dr, Ste 100**<br>**Indianapolis, IN 46278** | **Last 90 days**<br>**- various**<br>**payments** | **$50,826.73** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Case 20-30636-dwh7    Doc 1    Filed 02/24/20

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:  Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Saturn Encore Funding vs. L.D. Tonsager & Sons, Inc. EFCA 2019002692** | **Suit on account** | **Supreme Court of State of New York** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:  Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:  Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Funds forwarded to online con-artist** | **None** | **Throughout 2019** | **$1,277,752.80** |

## Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Case 20-30636-dwh7    Doc 1    Filed 02/24/20

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Vanden Bos & Chapman, LLP**<br>**319 SW Washington**<br>**Suite 520**<br>**Portland, OR 97204** | **Attorney Fees** | **1/30/20** | **$5,000.00** |
| | Email or website address<br>**ann@vbcattorneys.com** | | | |
| | Who made the payment, if not debtor?<br>**Eric Tonsager paid $1,000 of retainer** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Unknown scam artist** | **Advances for taxes on supposed inheritance.** | **Throughout 2019** | **$1,277,752.08** |
| | Relationship to debtor<br>**No relation** | | | |

## Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **17721 NE Riverside Pkwy, Ste B**<br>**Portland, OR 97230** | **3/02 - 9/15/18** |

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

   **Have Taxpayer ID or Social Security number for every customer, required by US Customs - used as importer ID**

   Does the debtor have a privacy policy about that information?
   ☐ No
   ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Columbia Bank** | **XXXX-0156** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | **2/20/20 - negative balance** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Brownstone International (friend's warehouse) NE Portal Way Portland, OR** | **Eric Tonsager and Susan Enright** | **File cabinets with business records** | ☐ No ■ Yes |

---

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

---

**Part 12:**   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

---

Case 20-30636-dwh7    Doc 1    Filed 02/24/20

■ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
| --- | --- | --- |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service
From-To |
| --- | --- |
| 26a.1. | **R. Thomas McFadden, Jr., CPA**
**701 North Evans**
**McMinnville, OR 97128** | **1980 - current** |
| 26a.2. | **Eric R. Tonsager**
**16520 SW Edminston Rd.**
**Wilsonville, OR 97070** | **1993 - current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |
| 26c.1. | **R. Thomas McFadden Jr, CPA**
**701 North Evans**
**McMinnville, OR 97128** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
| --- |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Eric Tonsager** | **16520 SW Edminston Rd.**
**Wilsonville, OR 97070** | **President** | **50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Susan I. Enright | 122 Terrace Ave<br>Oregon City, OR 97045 | Secretary/treasurer | 25% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Craig A. Tonsager | 11276 S. Macksburg<br>Canby, OR 97013 | Vice President | 25% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Craig & Eric Tonsager & Susan Enright | Approximately $46,000 paid for ordinary and customary wages to Craig Tonsager and Susan Enright. $32,000 paid to Eric Tonsager for ordinary and customary wages. | 2019 | Wages |
| | Relationship to debtor<br>Business owners | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **February 24, 2020**

**/s/ Eric R. Tonsager**                                   **Eric R. Tonsager**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy